IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSAURA FRIAS, | No. C -13-00075 EDL |
| Plaintiff, | **ORDER RE: PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER** |
| v. | |
| WELLS FARGO BANK, | |
| Defendant. | |

On January 22, 2013, Plaintiff filed an Application for Temporary Restraining Order. A hearing on Plaintiff's Application is scheduled for Friday, January 25, 2013 at 9:30 a.m. in Courtroom E, 15th floor, 450 Golden Gate Avenue, San Francisco, California. However, if Defendants do not oppose the issuance of a Temporary Restraining Order on the terms proposed by Plaintiff, and with a hearing on a preliminary injunction scheduled for February 14, 2013 at 9:30 a.m., they shall file a statement of non-opposition no later than 10:00 a.m. on Thursday, January 24, 2013, and the January 25, 2013 hearing will be vacated.

If Defendants oppose the issuance of a Temporary Restraining Order on the terms requested by Plaintiff, Defendants shall file an opposition no later than 3:00 p.m. on Thursday, January 24, 2013. Any party may appear by telephone at the January 25, 2013 hearing by contacting the Court's courtroom deputy at 415-522-3694 by no later than 3:00 p.m. on Thursday, January 24, 2013 to provide her with a phone number for the Court to call.

IT IS SO ORDERED.

Dated: January 23, 2013

ELIZABETH D. LAPORTE
United States Magistrate Judge